UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                          06-cr-208-03-JD

<u>Jose Ambriz</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 75) filed by defendant is granted.

    Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3131(h)(8)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                <u>/s/Joseph A. DiClerico, Jr.</u>
                                                Joseph A. DiClerico, Jr.
                                                United States District Judge

Date:  November 9, 2007


cc:  Sven Wiberg, Esq.
     Terry Ollila, AUSA
     U.S. Marshal
     U.S. Probation